AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB   6 2026

DANIEL J. McCOY, CLERK

BY:_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| SCOTT MARTEL | ) | 26-MJ-00030-01 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 31, 2026 _____ in the county of _____ Evangeline _____ in the _____ Western _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt, Possession, Transporation, or Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jan-Paul "JP" Peña Ramirez, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _February 6, 2026_

_____
*Judge's signature*

City and state: _____ Lafayette, Louisiana _____

David J. Ayo, United States Magistrate Judge
_____
*Printed name and title*