RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 2 0 2026

DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

SCOTT MARTEL

Defendant

CRIMINAL NO. 6:26-CR-00095-01
JUDGE HICKS
MAGISTRATE JUDGE AYO

## FACTUAL BASIS

This factual basis is submitted in accordance with Federal Rule of Criminal Procedure 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **SCOTT MARTEL**, pleading guilty to count 1 of the indictment:

In March 2025, FBI Boston began investigating a subject located in Hebron, Massachusetts for solicitation of a minor using the website Chatib under the username "iamjeff." In June 2025, a search warrant was served on his Chatib account and showed "iamjeff" and "BaileyMomof2daughters" chatting in detail the sexual acts they would perform on BaileyMomof2daughters' minor daughters. FBI Boston's investigation revealed user "BaileyMomof2daughters" was linked to a CenturyLink account for **SCOTT MARTEL**, address 2632 McGee Johnson St. Basile, LA 70515, which is in the Western District of Louisiana. Local FBI agents conducted surveillance at this address confirmed the address to be **MARTEL**'s residence.

This information served as the probable cause for a search warrant of **MARTEL's** residence. During the execution of the search warrant, agents read **MARTEL** his rights under *Miranda* and **MARTEL** provided a recorded statement.

**MARTEL** admitted to possessing child pornography on his prior cellular telephone device, which was a white iPhone 11 that was seized by the St. Landry Parish Sheriff's Office on January 7, 2025.

During the search, agents located a black iPhone 14 which belonged to **MARTEL**. The phone was unlocked and open. Agents placed the phone on airplane mode and conducted a cursory search of the device. This search revealed a Session chat with Session user "Naughtydaddy" dated January 31, 2026, at 10:10 AM, wherein **MARTEL** knowingly received a visual depiction of a nude prepubescent female engaging in sexually explicit conduct.

WHEREFORE, the parties signing below agree and stipulate that preceding paragraphs adequately describe the defendant's role in the offense listed above for purposes of establishing his guilt beyond a reasonable doubt.

Dated: 6-30-2026

PHILIP DEBAILLON
P.O. Box 609
Maurice, LA 70555
337-501-6687
Counsel for Defendant

Dated: 6-30-26

SCOTT MARTEL
Defendant

ZACHARY A. KELLER
UNITED STATES ATTORNEY

Dated: 6/30/26

ELLIOTT CASSIDY
ASSISTANT UNITED STATES ATTORNEY
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
337-262-6618